IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KATHLEEN KAWALE PAI;<br>BRADLEY DEAN MAHINA PAI, | )<br>)<br>) | CV 22-00225 JMS-WRP |
| Plaintiffs, | )<br>)<br>) | ORDER ADOPTING<br>MAGISTRATE JUDGE'S FINDING<br>AND RECOMMENDATION TO |
| vs. | )<br>) | DISMISS ACTION WITHOUT<br>PREJUDICE |
| JOSEPH ROBINETTE BIDEN JR.,<br>ET AL., | )<br>)<br>) | |
| Defendants. | )<br>) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDING AND
RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties on October 3, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 18, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge